In the Matter of the Arbitration between ETHEL ZITNER, as Administratrix of the Estate of MAX ZITNER, Deceased, Respondent, and WILLIAM KARPMAN et al., Appellants.—

Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See ante, p. 1020.]